IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3118 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE R. RANGEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Trial in this case is scheduled for Monday, November 5, 2007. However, the defendant has absconded and a warrant has been issued. Therefore,

IT IS ORDERED that this case is removed from the trial docket and the Speedy Trial Act is tolled. See 18 U.S.C. § 3161(h)(3)(A). Counsel are excused from attending the previously scheduled trial. Government's counsel shall call this matter to the Magistrate Judge's attention for trial scheduling purposes once the defendant has been apprehended.

October 31, 2007.			BY THE COURT:

					*s/ Richard G. Kopf*
					United States District Judge